619 A.2d 1062

Norbert BABAC and Ann Martin Criss, individually and on behalf of all other Area 5 Milk Consumers, Appellants,

v.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA MILK MARKETING BOARD, Appellee.

Supreme Court of Pennsylvania.

Argued Jan. 27, 1993.

Decided Feb. 17, 1993.

Thomas J. Finucane, Chambersburg, for Wingerd/Long.

Randall N. Sears, Harrisburg, for Milk Market Bd.

Allen C. Warshaw, Harrisburg, for Dairy Farms.

Donald A. Tortorice, Harrisburg, John J. Bell, Lemoyne, for PA Farmers Ass'n.

Donn L. Snyder, Harrisburg, for Food Merchants.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as moot.

LARSEN, J., dissents and would reverse the Order of the Commonwealth Court.

ZAPPALA and PAPADAKOS, JJ., dissent.